EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Patricia A. Sullivan
401.276.6437
*fax* 888.325.9067
psullivan@eapdlaw.com

RECEIVED
JUN 29 2007
Property of U.S. District Court
District of Rhode Island

June 29, 2007

The Honorable Mary M. Lisi
Chief Judge of the United States District Court
United States District Court
One Exchange Terrace
Providence, RI 02903

**Re: Annual Report of the Local Rules Review Committee**

Dear Chief Judge Lisi:

As the co-chairs of the Local Rules Review Committee, on behalf of the Committee, we hereby submit the enclosed Annual Report of the Local Rules Review Committee ("Report"). Pursuant to L.R. Gen. 113(b)(1), this Report constitutes the Committee's Annual Report to the Court on proposed amendments to the Local Rules. This Report was adopted by vote of the Committee at its final meeting on June 13, 2007.

Since this is the Committee's first year of carrying out the duties set out in L.R. Gen. 113(b), we thought it appropriate to briefly set out the course of the Committee's work, begun after the Committee was constituted in September 2006.

We broke the Committee into four Subcommittees, each of which was charged with responsibility either for specific groups of Local Rules or for a specific issue. Each Subcommittee had a chair, who convened the Subcommittee and reported on its work to the full Committee.

The working Subcommittees were as follows:

Criminal Rules Subcommittee, chaired by Gerard Sullivan
General Rules Subcommittee, chaired by David Wollin
Civil Rules Subcommittee, chaired by Dan Prentiss
ECF Subcommittee, chaired by Christopher Little (charged with review and comment upon amendments to the Local Rules occasioned by this Court's recent adoption of electronic filing.)

On November 13, 2006, the Local Rules Review Committee solicited comments from the Bar and the public through a solicitation that was circulated by email to members of the Rhode Island Bar Association, in addition to attorneys authorized to practice in this Court. It was also

EDWARDS ANGELL PALMER & DODGE LLP



published in Rhode Island Lawyer's Weekly. With this solicitation, we created a deadline of February 28, 2007, for the submission of comments.

After all comments were received, they were referred to the Subcommittees for analysis and recommendation.

Each Subcommittee reported in writing to the Committee its recommendations with respect to each comment received. For comments received after the comment deadline, the Committee attempted to consider the comment and in some instances acted on the comment; in other instances comments received late were reserved for consideration next year.

Every recommendation was presented to the Committee, separately discussed and voted upon. As a result of this process, the Local Rules Review Committee has prepared its Report, which is attached at Tab A.

The Report reflects every comment received by the Local Rules Review Committee and its disposition. In those instances where an amendment to the Local Rules is recommended, the text of the proposed amendment is presented. In those instances where the comment made a proposal that is not recommended by the Committee, the reason for non-recommendation is provided. In certain instances, there was significant disagreement within the Committee with respect to certain recommendations. In those instances, any Committee Member who wished to do so was free to provide a "dissent" or further comment to the text describing either the Subcommittee recommendation or the final recommendation of the Committee. All of this information is presented in table form in the Report.

While the comments are summarized in the Report attached at Tab A, we also include the actual comments themselves, assembled and attached at Tab B.

Finally, the minutes, which reflect the deliberations of the Committee, are attached at Tab C. As you will see, these minutes include the reports from each of the Subcommittees to the Local Rules Review Committee.

In closing, we note the extraordinary contribution to the Committee made by Paul Goodale, with assistance from Tom Shaffer. Without their efforts, this Report would not have been possible.

EDWARDS ANGELL PALMER & DODGE LLP



Respectfully submitted,

Patricia A. Sullivan

James E. O'Neil

cc: David A. DiMarzio, Clerk

Enclosures (three copies of Report with Comments and Minutes)



PRV_889740_1.DOC/PSULLIVAN