UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADMINISTRATIVE ORDER
RE: LOCAL RULES REVIEW COMMITTEE

No. 2007-04

Pursuant to L.R. Gen. 113 and by agreement of the Judges of this Court, Stephanie Browne, Rebecca Tedford Partington, Jefffrey C. Schreck, Craig M. Scott, and Max Wistow are hereby reappointed to an additional term on the Local Rules Review Committee and Edward J. Bertozzi, Jr. will fill the vacancy created by John Boyajian. Patricia Sullivan and Jeffrey C. Schreck are hereby appointed as Co-chairs of the Committee.

The Local Rules Review Committee shall now be comprised of the following individuals, whose terms expire on the dates indicated next to their respective names.

| **Name** | **Term Expires** |
|---|---|
| Sara Rapport, Esq. | June 30, 2008 |
| James McCormick, Esq. | June 30, 2008 |
| Anthony Muri, Esq. | June 30, 2008 |
| James T. Murphy, Esq. | June 30, 2008 |
| R. Daniel Prentiss, Esq. | June 30, 2008 |
| Gerard B. Sullivan, AUSA | June 30, 2008 |
| Marc DeSisto, Esq. | June 30, 2009 |
| Christopher Little, Esq. | June 30, 2009 |
| Brooks R. Magratten, Esq. | June 30, 2009 |
| James E. O'Neil, Esq. | June 30, 2009 |
| Edward Roy, Federal Defender | June 30, 2009 |
| Patricia Sullivan, Esq. | June 30, 2009 |
| David Wollin, Esq. | June 30, 2009 |
| Edward J. Bertozzi, Jr., Esq. | June 30, 2010 |
| Stephanie Browne, AUSA | June 30, 2010 |
| Rebecca Tedford Partington, Esq. | June 30, 2010 |
| Jeffrey C. Schreck, Esq. | June 30, 2010 |
| Craig M. Scott, Esq. | June 30, 2010 |
| Max Wistow, Esq. | June 30, 2010 |
| Paul Goodale, *ex officio* reporter | n/a |

By Order,

Paulette J Dube
Chief Deputy Clerk

ENTER:

Mary M. Lisi
Mary M. Lisi
Chief Judge
Date: August 3, 2007