UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: LOCAL RULES REVIEW COMMITTEE Misc. 06-102

ORDER

Pursuant to L.R. Gen. 113 and by agreement of the Judges of this Court, Sara A. Rapport, James T. McCormick, Anthony F. Muri, James T. Murphy, R. Daniel Prentiss, and Gerard B. Sullivan are hereby reappointed to an additional term on the Local Rules Review Committee. Jeffrey C. Schreck and Patricia A. Sullivan are hereby re-appointed as Co-chairs of the Committee.

Therefore, the Local Rules Review Committee shall be comprised of the following individuals, whose terms expire on the dates indicated next to their respective names.

| **Name** | **Term Expires** |
| --- | --- |
| Marc DeSisto, Esq. | June 30, 2009 |
| Christopher H. Little, Esq. | June 30, 2009 |
| Brooks R. Magratten, Esq. | June 30, 2009 |
| James E. O'Neil, Esq. | June 30, 2009 |
| Edward C. Roy, Jr. Federal Defender | June 30, 2009 |
| Patricia A. Sullivan, Esq. | June 30, 2009 |
| David A. Wollin, Esq. | June 30, 2009 |
| Edward J. Bertozzi, Jr., Esq. | June 30, 2010 |
| Stephanie S. Browne, AUSA | June 30, 2010 |
| Rebecca Tedford Partington, Esq. | June 30, 2010 |
| Jeffrey C. Schreck, Esq. | June 30, 2010 |
| Craig M. Scott, Esq. | June 30, 2010 |
| Max Wistow, Esq. | June 30, 2010 |
| James T. McCormick, Esq. | June 30, 2011 |
| Anthony F. Muri, Esq. | June 30, 2011 |
| James T. Murphy, Esq. | June 30, 2011 |
| R. Daniel Prentiss, Esq. | June 30, 2011 |
| Sara A. Rapport, Esq. | June 30, 2011 |
| Gerard B. Sullivan, AUSA | June 30, 2011 |
| Paul W. Goodale, *ex officio* reporter | n/a |

By Order,

Paulette J Dube
Chief Deputy Clerk

ENTER:

Mary M. Lisi
Mary M. Lisi
Chief Judge
Date: May 16, 2008